# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| BRENDAN PATRICK MILLS and BROOK NICHOLE MILLS, Debtors. | 09-33164 RKM [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below represents small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Granger Medical Clinic<br>PO Box 70658<br>West Valley, UT 84170-0658 | $4.59 |

The address listed above constitutes the last known address in question. The check in the amount of $4.59 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this 27 day of April, 2011.

_____
Duane H. Gillman, Trustee

SLC_837564.1